# Exhibit A



# Law Enforcement Boarding of MSC Gayane

Exhibit B

# Cocaine-Filled Bales and Duffel Bags Inside Containers













# Bricks of Cocaine



Exhibit C

MSC Gayane





Side view of the MSC Gayane depicting cargo above and below deck

Exhibit D



# MSC Gayane Crew List by Rank

# Exhibit E



MSC Gayane's Crane

# Exhibit F



Fake Seals on Containers








Extra Fake Seals Hidden in Electrical Box